# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

**FILED**

UNITED STATES OF AMERICA,  )
                           )    DEC 2 0 2006
     Plaintiff,            )
                           )    U. S. DISTRICT COURT
v.                         )  No.    E. DIST. OF MO.
                           )         ST. LOUIS
ROMEL C. MURPHY,           )
                        `4 :) 0 6CR0077 4CDP
     Defendant.            )

## INDICTMENT

**COUNT ONE**
(Bank Fraud)

The Grand Jury charges that:

1.    At all times relevant to this indictment, Credit Union Shared Branch was a

financial institution whose moneys, funds, assets, and accounts were insured by the National

Credit Union Association.

2.    At all times relevant to this indictment, Credit Union Shared Branch maintained

offices and conducted business in the Eastern District of Missouri.

3.    Beginning on or about September 19, 2006, and continuing until at least on or

about September 22, 2006, with the exact dates being unknown, within the Eastern District of

Missouri and elsewhere,

## ROMEL C. MURPHY,

the defendant herein, did knowingly devise a scheme to defraud and to obtain money and

property by means of material false and fraudulent pretenses, representations, and promises.

1

4.    It was part of the scheme that Romel C. Murphy cashed forged checks at a Credit Union Shared Branch and other credit unions in the Eastern District of Missouri and elsewhere.

5.    It was further a part of the scheme to defraud that Romel C. Murphy traveled to the St. Louis, Missouri area to cash forged checks.

6.    It was further a part of the scheme to defraud that Romel C. Murphy fraudulently obtained a Missouri Non-Driver License using the identity information of another person with the initials D.F.

7.    It was further a part of the scheme that Romel C. Murphy presented various credit unions with forged checks purportedly payable to D.F and attempted to cash the forged checks.

8.    On or about September 19, 2006, within the Eastern District of Missouri,

## ROMEL C. MURPHY,

the defendant herein, did knowingly execute and attempt to execute a scheme to defraud Credit Union Shared Branch, and to obtain moneys, funds, credits, and other property under the custody and control of Credit Union Shared Branch by means of false and fraudulent pretenses, representations, and promises, namely by presenting for payment at Credit Union Shared Branch a forged check having number 5610, purportedly drawn on the account of Asbury St. Louis, LLC-DBA Palace Family CTR, held by Bank of America, written in the amount of $1,315.24, and made payable to D.F.

In violation of Title 18, United States Code, Sections 1344 and 2.

2

## COUNT TWO
(Bank Fraud)

1.      The Grand Jury re-alleges and incorporates by reference paragraphs One through Eight of Count One.

2.      The Grand Jury further charges that:

3.      On or about September 22, 2006, within the Eastern District of Missouri,

## ROMEL C. MURPHY,

the defendant herein, did knowingly execute and attempt to execute a scheme to defraud Shared Branch Credit Union, and to obtain moneys, funds, credits, and other property under the custody and control of Credit Union Shared Branch by means of false and fraudulent pretenses, representations, and promises, namely by presenting for payment at Credit Union Shared Branch a forged check having number 5228, purportedly drawn on the account of E Club, held by Scott Credit Union, written in the amount of $1,211.37, and made payable to D.F.

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT THREE
(Aggravated Identity Theft)

1.      The Grand Jury further charges that:

2.      On or about September 19, 2006, within the Eastern District of Missouri,

## ROMEL C. MURPHY,

the defendant herein, during and in relation to a violation of Title 18, United States Code, Section 1344, did knowingly possess and use without lawful authority a means of identification of another person, namely a Missouri Non-Driver License in the name of D.F.

In violation of Title 18, United States Code, Section 1028A(a)(1).

3

## COUNT FOUR
(Aggravated Identity Theft)

1.      The Grand Jury further charges that:

2.      On or about September 22, 2006, within the Eastern District of Missouri,

## ROMEL C. MURPHY,

the defendant herein, during and in relation to a violation of Title 18, United States Code, Section

1344, did knowingly possess and use without lawful authority a means of identification of

another person, namely a Missouri Non-Driver License in the name of D.F.

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE
(Misuse of a Social Security Number)

1.      The Grand Jury further charges that:

2.      On or about September 19, 2006, within the Eastern District of Missouri,

## ROMEL C. MURPHY,

the defendant herein, with intent to deceive, did falsely represent that a number was the Social

Security Account Number assigned to him by the Commissioner of the Social Security, for the

purpose of obtaining Missouri State Non-Driver License, when in truth and in fact, as the

defendant then knew, the number he represented was no the Social Security Account Number

assigned to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

4

## COUNT SIX
(Misuse of a Social Security Number)

1.     The Grand Jury further charges that:

2.     On or about September 19, 2006, within the Eastern District of Missouri,

## ROMEL C. MURPHY,

the defendant herein, with intent to deceive, did falsely represent that a number was the Social

Security Account Number assigned to him by the Commissioner of the Social Security, for the

purpose of obtaining a Credit Union Shared Branch Check Cashing Identification Card, when in

truth and in fact, as the defendant then knew, the number he represented was not the Social

Security Account Number assigned to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B)

A TRUE BILL.

_____
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

_____
MATTHEW T. SCHELP, #94363
Assistant United States Attorney

5