UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:06CR00774 CDP |
| ) | |
| ROMEL C. MURPHY, ) | |
| ) | |
| Defendant. ) | |

**STATEMENT OF THE GOVERNMENT**
**REGARDING MODIFIED PRESENTENCE REPORT**

Comes now the United States of America, by and through its attorneys Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, and Matthew T. Schelp, Assistant United States Attorney for said District, and states that the Government accepts and has no objection to the modified disclosure copy of the Presentence Report.

Respectfully submitted,

CATHERINE L. HANAWAY
United States Attorney

*s/ Matthew T. Schelp*
MATTHEW T. SCHELP, #94363
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, MO  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

      Janis C. Good, Esq.
      1010 Market Street, Suite 200
      St. Louis, MO 63101

      I hereby certify that on March 6, 2007, the foregoing was mailed via United States Postal Service to the following non-participants in Electronic Case Filing:

      Vashell R. Anderson
      U.S. Probation Office
      111 S. 10th Street, 2nd Floor
      St. Louis, MO 63102

      *s/ Matthew T. Schelp*
      MATTHEW T. SCHELP, #94363
      Assistant United States Attorney